**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-23339-JB**

HOWARD COHAN,

Plaintiff,

v.

PEI WEI ASIAN DINER, LLC,
a Foreign Limited Liability Company,
d/b/a PEI WEI FRESH KITCHEN #0150

Defendant.

_____________________________________________/

**FINAL DEFAULT JUDGMENT**

Final Judgment is entered in favor of Plaintiff, HOWARD COHAN, and against Defendant PEI WEI ASIAN DINER, LLC, a Foreign Limited Liability Company, d/b/a PEI WEI FRESH KITCHEN #0150 ("Defendant") in the form of a declaratory judgment and injunctive relief, and for attorney's fees and costs in the amount of Six Thousand Three Hundred Fifty-Nine Dollars and Zero Cents ($6,359.00), for which sum let execution issue forthwith.

The Court issues a declaratory judgment finding that Defendant is in violation of Title III of the Americans With Disabilities Act, 42 U.S.C. § 12181 et seq., at the property it owns and/or leases at 13616 N Kendall Drive, Miami, Florida 33186 ("the Premises"). The Court hereby issues an injunction requiring Defendant to comply with all sections of the ADA and the 2010 ADA Standards for Accessible Design ("ADAAG") no later than **six (6) months** from the date of this Order. Without

limiting the foregoing, Defendant must rectify the following issues identified in the Complaint:

**Restaurant Seating Indoors**

a. Failure to provide seating for a person(s) with a disability that has the correct clear floor space for forward approach in violation of 2010 ADAAG §§ 902, 902.2, 305 and 306.

b. Failure to provide a sufficient amount of seating when dining surfaces are provided for the consumption of food or drink for a person(s) with a disability in violation of 2010 ADAAG §§ 226, 226.1, 902, 305 and 306.

c. Failure to provide a sufficient dispersion of seating throughout the facility when dining surfaces are provided for the consumption of food or drink for a person(s) with a disability in violation of 2010 ADAAG §§ 226, 226.2, 902, 305 and 306.

**Men's Restroom**

d. Failure to provide the proper insulation or protection for plumbing or other sharp or abrasive objects under a sink or countertop in violation of 2010 ADAAG §§ 606 and 606.5.

e. Failure to provide proper knee clearance for a person with a disability under a counter or sink element in violation of 2010 ADAAG §§ 306, 306.1 306.3, 606 and 606.2.

f. Providing grab bars of improper horizontal length or spacing as required along the side wall in violation of 2010 ADAAG §§ 604, 604.5, 604.5.1 and 604.5.2.

g. Providing grab bars of improper horizontal length or spacing as required along the rear wall in violation of 2010 ADAAG §§ 604, 604.5, 604.5.1 and 604.5.2.

h. Providing a gate or door with a continuous opening pressure of greater than 5 lbs. exceeding the limits for a person with a disability in violation of 2010 ADAAG §§ 404, 404.1, 404.2, 404.2.9 and 309.4.

Defendant shall also complete and serve upon Plaintiff a Fact Information Sheet, Florida Rule of Civil Procedure Form 1.977, including all required attachments, within **forty-five (45) days** of the entry of this Final Default Judgment. The Court shall retain jurisdiction to compel Defendant, if necessary, to complete Form 1.977 and service it on Plaintiff.

**DONE AND ORDERED** in Miami, Florida this 7th day of November, 2024.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**